■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD COVINGTON, Appellant. — Appeal from judgment, Supreme Court, New York County (Altman, J.), rendered on January 22, 1980, unanimously dismissed as moot. No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Bloom and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL RIVERA, Appellant. — Judgment, Supreme Court, Bronx County (Howard Bell, J.), rendered on May 14, 1981, unanimously affirmed. Concur — Sullivan, J. P., Ross, Carro and Asch, JJ.

Kassal, J., concurs and adheres to his views as expressed in *People v Sandoval* (91 AD2d 536). No opinion.

■ In the Matter of BERKELEY ASSOCIATES COMPANY, Appellant, v NEW YORK CITY CONCILIATION AND APPEALS BOARD, Respondent, and 400 EAST 54TH STREET TENANT ASSOCIATION, Intervenor-Respondent. — Judgment, Supreme Court, New York County (Peter McQuillan, J.), entered on September 8, 1982, unanimously affirmed, without costs and without disbursements, for the reasons stated by McQuillan, J. Concur — Sandler, J. P., Ross, Fein, Lynch and Kassal, JJ.

■ BERKELEY ASSOCIATES COMPANY, Appellant-Respondent, v RUTH DONNER et al., Respondents-Appellants. BERKELEY ASSOCIATES COMPANY, Appellant-Respondent, v HYMAN J. GOLDBERG et al., Respondents-Appellants. — Order, Supreme Court, New York County (Peter McQuillan, J.), entered on July 8, 1982, unanimously affirmed, without costs and without disbursements, for the reasons stated by McQuillan, J. Concur — Sandler, J. P., Ross, Fein, Lynch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEIL TAYLOR, Appellant. — Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered on October 8, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Ross, Fein, Lynch and Kassal, JJ.

■ In the Matter of STANLEY ROY ROOT, for Reinstatement. — Motion granted and respondent is reinstated as an attorney and counselor at law in the State of New York. Concur — Murphy, P. J., Carro, Asch, Silverman and Bloom, JJ.